| | |
|---|---|
| **LUIS A. MONTANEZ** | **NUMBER: 712871  DIV.: 25** |
| **VERSUS** | **19ᵀᴴ JUDICIAL DISTRICT COURT** |
| **KULWINDER SINGH,** | |
| **EAGLE FREIGHT SYSTEM INC.,** | **PARISH OF EAST BATON ROUGE** |
| **and** | |
| **TRISURA SPECIALTY** | |
| **INSURANCE COMPANY** | **STATE OF LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

The petition of **LUIS A. MONTANEZ** resident of the full age of majority, residing and domiciled in East Baton Rouge Parish, State of Louisiana, respectfully represents:

1.

Made defendants in this cause of action are:

a. **KULWINDER SINGH,** who, upon information and belief, is a resident of the full age of majority domiciled in the State of Texas, 6720 Elk Trail Arlington, TX 76002, causing an incident in East Baton Rouge Parish, State of Louisiana.

b. **EAGLE FREIGHT SYSTEM INC.**, upon information and belief, a Texas Corporation, who can be served through its registered agent: Legalinc Corporate Services, Inc., 10601 Clarence Drive, Suite 250, Frisco, Texas 75033

c. **TRISURA SPECIALTY INSURANCE COMPANY**, upon information and belief, a foreign insurance company that is licensed to do and is doing business in the State of Louisiana, which may be served through its registered agent for service of process: Louisiana Secretary of State 8585 Archives Ave. Baton Rouge, LA 70809.

2.

Venue is proper in East Baton Rouge Parish as per the C.C.P. Art. 42. The defendants are justly and truly liable, jointly and severally to the Petitioner for damages, injuries, and losses, which he has sustained, together with legal interest from the date of judicial demand and costs of these proceedings, in the accident described herein, to wit:

3.

On or about November 19, 2020, at approximately 12:02 A.M, Petitioner, LUIS A. MONTANEZ, was operating a 2007 Toyota Yaris; hereinafter referred to as the "MONTANEZ VEHICLE," and was traveling in the northbound on U.S. 61, in the Parish of East Baton Rouge, State of Louisiana, within the venue and jurisdiction of this court.

**EXHIBIT A**

4.

At or about the same time, defendant, KULWINDER SINGH was operating his 2015 Peterbilt Truck, hereinafter referred to as the "SINGH VEHICLE," and was traveling southbound on U.S 61 and attempting to make a left-handed turn at the intersection of U.S 61 and Manchac Park Lane on to Manchac Park Lane. Upon information and belief, Defendant, KULWWINDER SINGH, was in the course and scope of employment with EAGLE FREIGHT SYSTEM INC. at all time during the actions made subject of this petition.

5.

Suddenly and without warning the SINGH VEHICLE impacted the driver side and front of the MONTANEZ VEHICLE, thereby causing a severe motor vehicle crash and bodily injury to Petitioner, LUIS A. MONTANEZ.

6.

LUIS A. MONTANEZ drove his vehicle safely and with skill; the subject motor vehicle collision was caused by the sole negligence of KULWINDER SINGH. In no way did LUIS A. MONTANEZ contribute to causing the referenced collision as the MONTANEZ VEHICLE had the right of way and the SINGH VEHICLE failed to yield.

7.

As a result of the fault and/or negligence of KULWINDER SINGH in causing the motor vehicle collision, Petitioner, LUIS A. MONTANEZ, suffered headaches and acute injuries to his neck, shoulders and mid-back, and any and all other injuries to be shown upon trial of this matter.

8.

Petitioner, alleges on information and belief, that the above-described incident was due to the negligence and/or fault of KULWINDER SINGH, in the following non-inclusive respects:

    a.    Failure to maintain control of his vehicle;

    b.    Failure to yield;

    c.    Failure to brake;

    d.    Failure to see what should have been seen, and if having seen, in failing to heed;

    e.    Failure to act in a reasonable and prudent manner;

    f.    Disregard for traffic signals; and

g.  Any and all other acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the trial of this matter.

9.

As a result of the aforementioned incident, Petitioner, LUIS A. MONTANEZ lists his damages as follows:

a.  Medical expenses, past, present and future;

b.  Physical pain and suffering, past, present and future;

c.  Mental anguish and distress past, present and future;

d.  Loss of enjoyment of life;

e.  Loss wages; and

f.  Other elements of damages to be more fully set forth at the trial of this matter.

10.

The Petitioner, herein, LUIS A. MONTANEZ is therefore entitled to damages for the items set forth in such amounts as are reasonable in the premises and for any and all other relief provided by law or equity.

11.

Petitioner is informed, believes and therefore alleges that at the time of the subject motor vehicle collision KULWINDER SINGH, the SINGH VEHICLE, and EAGLE FREIGHT SYSTEM INC. had a policy of liability insurance with TRISURA SPECIALTY INSURANCE COMPANY, insuring against the negligent acts of KULWINDER SINGH, and which was in full force and effect at the time of the crash, and which insurance inures to the benefit of the Petitioner under the provisions of the Louisiana Direct Action Statute, Louisiana R.S. 32:122.

12.

Petitioner further alleges, upon information and belief, that under the terms of said policy, TRISURA SPECIALTY INSURANCE COMPANY, obligated itself to pay any and all damages caused to others as a result of the negligence of KULWINDER SINGH, who was covered by said policy at the time of said accident.

**WHEREFORE,** Petitioner, LUIS A. MONTANEZ prays that the defendants, KULWINDER SINGH, EAGLE FREIGHT SYSTEM INC., and TRISURA SPECIALTY INSURANCE COMPANY, be duly cited to appear and answer this petition and that after due proceedings had and the lapse of all legal delays, that there be a judgment herein in favor of Petitioner, LUIS A. MONTANEZ and against defendants for damages in an amount which is reasonable within the premises, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

**PETITIONER FURTHER PRAYS** for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted,

**GORDON MCKERNAN INJURY ATTORNEYS**

_____
**Michael J. Montalbano, III (#30639)**
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 388-3103
Facsimile: (225) 490-4522
Email: michael@getgordon.com
*Counsel for Luis A. Montanez*

**PLEASE SERVE:**

**KULWINDER SINGH**
**VIA LONG ARM SERVICE**
6720 Elk Trail
Arlington, TX 76002

**TRISURA SPECIALTY INSURANCE COMPANY**
*through its registered agent for service of process*
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**EAGLE FREIGHT SYSTEM INC.**
**VIA LONG ARM SERVICE**
Legalinc Corporate Services, Inc.
10601 Clarence Drive, Suite 250
Frisco, Texas 75033